UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPHINE ROBAIR, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-00777 |
| | § | |
| ST JOSEPH MEDICAL CENTER, | § | |
| | § | |
| Defendant. | § | |

## OPINION AND ORDER

## ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Movant St. Joseph's Medical Center's Motion for Summary Judgment, Doc. 37; St. Joseph's Motion for Sanction of Dismissal, Doc. 42; and Judge Stacy's Memorandum and Recommendation that the Court grant the Movant's Motion for Summary Judgment, Doc. 46, as to all claims. Plaintiff Josephine Robair neither responded to the motion for summary judgment nor did she object to the Memorandum and Recommendation. Thus, under Local Rule 7.4, the motion and memorandum are deemed unopposed. Upon review, the Court agrees with the Magistrate Judge's conclusions. Accordingly, the Court hereby

**ORDERS** that the Memorandum and Recommendation, Doc. 46, is **ADOPTED**, and St. Joseph's Motion for Summary Judgment, Doc. 37, is **GRANTED**.

**IT IS FURTHER ORDERED** that St. Joseph's Motion for Sanction of Dismissal, Doc. 42, is **MOOT**.

**IT IS FURTHER ORDERED** Plaintiff's case is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute entry of final judgment.

SIGNED at Houston, Texas, this 19th day of December, 2017.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE